# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Taddonio, Gregory L. | U.S. Bankruptcy Court, Western District of Pennsylvania | 05/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active Full-Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

5490 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee/Past President | Franklin Regional Band Fund |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 05/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Alliance Physical Therapy and Rehabilitation - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 03/25/2019 - 03/27/2019 | Washington, DC | Legislative Committee Meeting | Lodging, Meals, Transportation, Parking |
| 2. | Allegheny County Bar Association | 06/13/2019 | Champion, PA | ACBA Bench-Bar Conference | Registration |
| 3. | National Conference of Bankruptcy Judges | 10/29/2019 - 11/01/2019 | Washington, DC | Annual Conference/ Seminars/Meetings | Lodging, Meals, Transportation, Parking |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. American Funds 529 Coll Enroll(CENAX) | D | Int./Div. | N | T | Sold<br>(part) | 01/09/19 | K | C | |
| 2. | | | | | Buy<br>(add'l) | 01/10/19 | J | | |
| 3. | | | | | Buy<br>(add'l) | 02/06/19 | M | | |
| 4. | | | | | Sold<br>(part) | 03/06/19 | J | A | |
| 5. | | | | | Sold<br>(part) | 03/07/19 | J | A | |
| 6. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 7. | | | | | Sold<br>(part) | 05/07/19 | J | A | |
| 8. | | | | | Sold<br>(part) | 06/27/19 | J | A | |
| 9. | | | | | Buy<br>(add'l) | 07/18/19 | J | | |
| 10. | | | | | Sold<br>(part) | 07/19/19 | J | A | |
| 11. | | | | | Sold<br>(part) | 07/31/19 | K | A | |
| 12. | | | | | Sold<br>(part) | 08/05/19 | K | C | |
| 13. | | | | | Sold<br>(part) | 08/26/19 | J | A | |
| 14. | | | | | Sold<br>(part) | 09/13/19 | J | A | |
| 15. | | | | | Sold<br>(part) | 09/16/19 | J | A | |
| 16. | | | | | Sold<br>(part) | 10/16/19 | J | A | |
| 17. | | | | | Buy<br>(add'l) | 10/18/19 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/15/19 | J | A | |
| 19. | | | | | Sold (part) | 11/20/19 | J | A | |
| 20. | | | | | Sold (part) | 12/12/19 | K | C | |
| 21. | | | | | Sold (part) | 12/16/19 | J | A | |
| 22. | | | | | Sold (part) | 12/17/19 | J | A | |
| 23. American Funds – 2024 College Fund – 529 Fund (CFTAX) | C | Int./Div. | M | T | Buy (add'l) | 01/10/19 | J | | |
| 24. | | | | | Buy (add'l) | 02/06/19 | K | | |
| 25. | | | | | Buy (add'l) | 07/18/19 | J | | |
| 26. | | | | | Buy (add'l) | 10/18/19 | K | | |
| 27. American Funds Capital Income Builder Fund Class A (CAIBX) | C | Int./Div. | L | T | | | | | |
| 28. American Funds Capital Income Builder 529A (CIRAX) | B | Int./Div. | K | T | Buy (add'l) | 01/10/19 | J | | |
| 29. | | | | | Buy (add'l) | 02/06/19 | K | | |
| 30. | | | | | Buy (add'l) | 07/18/19 | J | | |
| 31. American Funds Clearbridge Aggressive Growth Fund (SHRAX) (Y) | | | | | | | | | |
| 32. American Funds Investment Company of America Class A (AIVSX) | C | Int./Div. | L | T | | | | | |
| 33. American Funds New Perspective Fund Class A (ANWPX) | C | Int./Div. | M | T | Sold (part) | 03/06/19 | J | A | |
| 34. | | | | | Sold (part) | 11/04/19 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. American Funds New Perspective Fund 529A (CNPAX) | B | Int./Div. | K | T | Buy (add'l) | 01/10/19 | J | | |
| 36. | | | | | Buy (add'l) | 02/06/19 | K | | |
| 37. | | | | | Sold (part) | 05/07/19 | J | A | |
| 38. | | | | | Buy (add'l) | 07/18/19 | J | | |
| 39. | | | | | Sold (part) | 07/31/19 | K | C | |
| 40. | | | | | Sold (part) | 10/18/19 | K | D | |
| 41. American Funds New World Class A (NEWFX) | B | Int./Div. | K | T | Sold (part) | 05/21/19 | J | A | |
| 42. American Funds The Growth Fund of America A (AGTHX) | D | Int./Div. | M | T | Sold (part) | 06/28/19 | J | B | |
| 43. American Funds The Growth Fund of America 529A (CGFAX) | B | Int./Div. | K | T | Buy (add'l) | 01/10/19 | J | | |
| 44. | | | | | Buy (add'l) | 02/06/19 | K | | |
| 45. | | | | | Buy (add'l) | 07/18/19 | J | | |
| 46. | | | | | Sold (part) | 09/12/19 | J | A | |
| 47. | | | | | Sold (part) | 10/18/19 | L | D | |
| 48. American Funds Washington Mutual Investors Fund (AWSHX) | D | Int./Div. | L | T | Sold (part) | 04/18/19 | J | A | |
| 49. American Funds Washington Mutual Investors Fund 529A (CWMAX) | B | Int./Div. | J | T | Buy (add'l) | 01/10/19 | J | | |
| 50. | | | | | Buy (add'l) | 02/06/19 | K | | |
| 51. | | | | | Buy (add'l) | 07/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 10/18/19 | K | C | |
| 53. American Funds Capital World Growth & Income Fund A (CWGIX) | A | Int./Div. | J | T | | | | | |
| 54. Morgan Stanley Bank, N.A. f/k/a Morgan Stanley Money Market Account | A | Int./Div. | J | T | | | | | |
| 55. PNC Bank, N.A. Accounts | A | Int./Div. | J | T | | | | | |
| 56. American Balanced A (ABALX) | C | Int./Div. | L | T | | | | | |
| 57. American Bd Fd of America A (ABNDX) | B | Int./Div. | L | T | | | | | |
| 58. American Amcap A (AMCPX) | B | Int./Div. | L | T | | | | | |
| 59. American Inc. Fd. Of America A (AMECX) | C | Int./Div. | L | T | | | | | |
| 60. American Balanced Fundamental Inv A (ANCFX) | C | Int./Div. | L | T | | | | | |
| 61. American Intl Growth & Income A (IGAAX) | B | Int./Div. | L | T | | | | | |
| 62. American Smallcap World A (SMCWX) | B | Int./Div. | K | T | | | | | |
| 63. American INTM Bd Fd of American (AIBAX) | A | Int./Div. | K | T | | | | | |
| 64. American High Income Trust (AHITX) | A | Int./Div. | K | T | Buy | 11/04/19 | J | | |
| 65. American Cap World Bond A (CWBFX) | A | Int./Div. | K | T | | | | | |
| 66. Strategic Bond A (ANBAX) | A | Int./Div. | K | T | Buy | 11/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Taddonio, Gregory L.** | 05/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Taddonio, Gregory L. | 05/06/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory L. Taddonio**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544